UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,                **MEMORANDUM**

        -against-                          7:20cr-00125-KMK

Irma Materasso
                             Defendant.
--------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the   plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: December 22, 2021
       White Plains, New York

                                     Respectfully Submitted,

                                     s/ Paul E. Davison

                                     _____

                                     PAUL E. DAVISON
                                     United States Magistrate Judge