**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 19, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          Re:   *United States v. Irma Materasso,*
                **20 Cr. 125 (KMK)**

Dear Judge Karas:

      I am the attorney for Irma Materasso, the defendant in the above-referenced matter. Ms. Materasso is currently scheduled to be sentenced on June 2, 2022. The purpose of this letter is to respectfully request that Ms. Materasso's sentencing be adjourned for 90-days. An adjournment of 90-days will allow counsel to collect documents from Holland and translate letters from Ms. Materasso's family and friends, which are to be included in her sentencing submission. We are also collecting documents from her immigration file which are pertinent to her history and background. This is Ms. Materasso's second request for an adjournment of her sentencing. The first request was granted and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn Ms. Materasso's sentencing to the week of September 5, 2022, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Granted. Sentence is adjourned to 9/ 8 /22, at 2 .00

So Ordered.
5/20/22

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:    All counsel (*via ECF*)